**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CATHERINE ANN KRAMER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-cv-1621 SRC |
| HENRY INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

### Order of Dismissal

For the reasons stated in the Memorandum and Order entered this same date, the Court dismisses this case without prejudice. The Court certifies that an appeal from this dismissal would not be taken in good faith.

So Ordered this 17th day of March 2021.

_SLR.CR_

**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**